# Schedule A

**VIACOMCBS INC - CLASS B**  Ticker: **VIAC**  Cusip: **92556H206**

Class Period: 03/22/2021 to 03/29/2021

**Mark Ulanch**

|  | **DATE** | **SHARES** | **PRICE** |
|---|---|---|---|
| **Purchases:** | 3/24/2021 | 100 | $83.05 |
|  | 3/24/2021 | 100 | $81.85 |
|  | 3/24/2021 | 100 | $81.73 |
|  | 3/24/2021 | 100 | $81.60 |
|  | 3/24/2021 | 100 | $81.45 |
|  | 3/24/2021 | 100 | $81.36 |
|  | 3/24/2021 | 100 | $81.09 |
|  | 3/24/2021 | 100 | $81.00 |
|  | 3/24/2021 | 100 | $81.00 |
|  | 3/24/2021 | 100 | $80.80 |
|  | 3/24/2021 | 100 | $80.63 |
|  | 3/24/2021 | 100 | $80.55 |
|  | 3/24/2021 | 100 | $80.34 |
|  | 3/24/2021 | 100 | $80.20 |
|  | 3/24/2021 | 100 | $80.15 |
|  | 3/24/2021 | 100 | $80.55 |
|  | 3/24/2021 | 100 | $80.38 |
|  | 3/24/2021 | 100 | $80.43 |
|  | 3/24/2021 | 100 | $80.26 |
|  | 3/24/2021 | 100 | $80.10 |
|  | 3/24/2021 | 100 | $80.05 |
|  | 3/24/2021 | 100 | $80.02 |
|  | 3/24/2021 | 100 | $79.90 |
|  | 3/24/2021 | 100 | $79.84 |
|  | 3/24/2021 | 100 | $79.75 |

| Date | Shares | Price |
|---|---|---|
| 3/24/2021 | 100 | $79.51 |
| 3/24/2021 | 100 | $79.50 |
| 3/24/2021 | 100 | $79.46 |
| 3/24/2021 | 100 | $79.41 |
| 3/24/2021 | 100 | $79.37 |
| 3/24/2021 | 100 | $79.36 |
| 3/24/2021 | 100 | $79.33 |
| 3/24/2021 | 100 | $79.35 |
| 3/24/2021 | 100 | $79.25 |
| 3/24/2021 | 100 | $79.05 |
| 3/24/2021 | 100 | $79.00 |
| 3/24/2021 | 100 | $79.02 |
| 3/24/2021 | 100 | $78.86 |
| 3/24/2021 | 100 | $78.79 |
| 3/24/2021 | 100 | $78.90 |
| 3/24/2021 | 100 | $78.86 |
| 3/24/2021 | 100 | $78.25 |
| 3/24/2021 | 100 | $78.26 |
| 3/24/2021 | 100 | $78.26 |
| 3/24/2021 | 100 | $78.27 |
| 3/24/2021 | 100 | $78.28 |
| 3/24/2021 | 100 | $78.29 |
| 3/24/2021 | 100 | $78.32 |
| 3/24/2021 | 100 | $78.32 |
| 3/24/2021 | 100 | $78.32 |
| 3/24/2021 | 100 | $78.34 |
| 3/24/2021 | 100 | $78.35 |
| 3/24/2021 | 100 | $78.35 |
| 3/24/2021 | 100 | $78.37 |
| 3/24/2021 | 100 | $78.40 |
| 3/24/2021 | 100 | $78.40 |
| 3/24/2021 | 100 | $78.45 |
| 3/24/2021 | 100 | $78.51 |
| 3/24/2021 | 100 | $78.51 |
| 3/24/2021 | 100 | $78.58 |

|  | Date | Shares | Price |
|---|---|---|---|
|  | 3/24/2021 | 100 | $78.65 |
|  | 3/24/2021 | 100 | $78.68 |
|  | 3/24/2021 | 100 | $78.75 |
|  | 3/24/2021 | 100 | $78.75 |
|  | 3/24/2021 | 100 | $78.76 |
|  | 3/24/2021 | 75 | $82.55 |
|  | 3/24/2021 | 75 | $82.02 |
|  | 3/24/2021 | 68 | $79.78 |
|  | 3/24/2021 | 50 | $83.59 |
|  | 3/24/2021 | 50 | $83.33 |
|  | 3/24/2021 | 50 | $83.20 |
|  | 3/24/2021 | 50 | $83.09 |
|  | 3/24/2021 | 50 | $83.00 |
|  | 3/24/2021 | 50 | $82.85 |
|  | 3/24/2021 | 50 | $83.00 |
|  | 3/24/2021 | 50 | $82.75 |
|  | 3/24/2021 | 50 | $82.35 |
|  | 3/24/2021 | 50 | $82.25 |
|  | 3/24/2021 | 50 | $82.35 |
|  | 3/24/2021 | 50 | $82.21 |
|  | 3/24/2021 | 50 | $82.15 |
|  | 3/24/2021 | 50 | $81.75 |
|  | 3/24/2021 | 50 | $81.75 |
|  | 3/24/2021 | 50 | $81.88 |
|  | 3/24/2021 | 32 | $79.78 |
|  | 3/24/2021 | 29 | $82.70 |
|  | 3/24/2021 | 21 | $82.70 |
|  | 3/24/2021 | 6 | $79.21 |
| **Sales:** | 3/24/2021 | 500 | $81.76 |
|  | 3/24/2021 | 400 | $83.40 |
|  | 3/24/2021 | 206 | $81.76 |
|  | 3/24/2021 | 200 | $81.54 |
|  | 3/24/2021 | 100 | $81.59 |
|  | 3/25/2021 | 300 | $65.95 |
|  | 3/25/2021 | 300 | $67.69 |

| Date | Shares | Price |
|---|---|---|
| 3/25/2021 | 300 | $67.98 |
| 3/25/2021 | 300 | $68.42 |
| 3/25/2021 | 299 | $68.42 |
| 3/25/2021 | 200 | $67.69 |
| 3/25/2021 | 200 | $67.00 |
| 3/25/2021 | 200 | $67.40 |
| 3/25/2021 | 200 | $67.41 |
| 3/25/2021 | 200 | $68.12 |
| 3/25/2021 | 200 | $68.40 |
| 3/25/2021 | 200 | $68.60 |
| 3/25/2021 | 140 | $67.39 |
| 3/25/2021 | 100 | $65.81 |
| 3/25/2021 | 100 | $65.83 |
| 3/25/2021 | 100 | $66.10 |
| 3/25/2021 | 100 | $66.00 |
| 3/25/2021 | 100 | $66.15 |
| 3/25/2021 | 100 | $66.20 |
| 3/25/2021 | 100 | $66.55 |
| 3/25/2021 | 100 | $68.02 |
| 3/25/2021 | 100 | $66.99 |
| 3/25/2021 | 100 | $65.84 |
| 3/25/2021 | 100 | $65.95 |
| 3/25/2021 | 100 | $66.00 |
| 3/25/2021 | 100 | $66.08 |
| 3/25/2021 | 100 | $66.08 |
| 3/25/2021 | 100 | $66.45 |
| 3/25/2021 | 100 | $67.00 |
| 3/25/2021 | 100 | $67.37 |
| 3/25/2021 | 100 | $67.85 |
| 3/25/2021 | 100 | $67.98 |
| 3/25/2021 | 100 | $68.15 |
| 3/25/2021 | 100 | $68.25 |
| 3/25/2021 | 100 | $67.40 |
| 3/25/2021 | 100 | $66.59 |
| 3/25/2021 | 100 | $65.95 |

| Date | Shares | Price |
|---|---|---|
| 3/25/2021 | 100 | $65.97 |
| 3/25/2021 | 100 | $67.40 |
| 3/25/2021 | 99 | $66.13 |
| 3/25/2021 | 90 | $67.30 |
| 3/25/2021 | 86 | $66.07 |
| 3/25/2021 | 75 | $66.15 |
| 3/25/2021 | 60 | $67.41 |
| 3/25/2021 | 50 | $68.18 |
| 3/25/2021 | 50 | $68.17 |
| 3/25/2021 | 25 | $66.12 |
| 3/25/2021 | 13 | $66.09 |
| 3/25/2021 | 10 | $67.32 |
| 3/25/2021 | 1 | $68.40 |
| 3/25/2021 | 1 | $66.13 |
| 3/25/2021 | 1 | $67.00 |