**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK ULANCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>                             Defendants. | Case No. 1:21-cv-08897-JSR<br><br>ECF CASE<br>ELECTRONICALLY FILED |
| THIS DOCUMENT RELATES TO:<br><br>        1:21-cv-08618-JSR<br>        1:21-cv-10286-JSR<br>        1:21-cv-08752-JSR<br>        1:21-cv-10791-JSR<br>        1:22-cv-00169-JSR<br>        1:21-cv-08413-JSR | |

**NOTICE OF APPEAL**

Notice is hereby given that Court-appointed Lead Plaintiffs Kellner Newcomer Family Partnership and Felix Urman, in the above-captioned action, on behalf of themselves and all other similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on March 28, 2024 (ECF No. 74), as well as prior orders that have merged into the Judgment (including but not limited to, the Opinion & Order dismissing the Second Amended Class Action Complaint entered April 1, 2024 (ECF No. 75)).

Dated:  April 26, 2024

                                    **POMERANTZ LLP**

                                    */s/ Brian Calandra*
                                    Brian Calandra
                                    Jeremy A. Lieberman
                                    J. Alexander Hood II
                                    James M. LoPiano

1

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8655
bcalandra@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Lead Counsel for the ViacomCBS and Tencent Classes and Executive Committee Member*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Max R. Schwartz
Marc J. Greco
Emilie B. Kokmanian
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
mschwartz@scott-scott.com
mgreco@scott-scott.com
ekokmanian@scott-scott.com

*Lead Counsel for the IQIYI Class, Co-Lead Counsel for the Discovery Class and Co-Chair of the Executive Committee*

**HEDIN HALL LLP**
David W. Hall (*pro hac vice*)
Armen Zohrabian (*pro hac vice* forthcoming)
Arun Ravindran (*pro hac vice* forthcoming)
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: 415-766-3534
Facsimile:  415-402-0058
dhall@hedinhall.com
azohrabian@hedinhall.com
aravindran@hedinhall.com

*Lead Counsel for the Baidu Class and Co-Chair of the Executive Committee*

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr. (*pro hac vice*)
40 Powder Springs Street

2

Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

Ralph M. Stone
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone: (212) 292-5960
Facsimile: (212) 292-5680
RalphS@johnsonfistel.com

*Lead Counsel for the Vipshop Class & Executive Committee Member*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Named Plaintiff Kai Chen*

**THE SCHALL LAW FIRM**
Brian J. Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile:  213-519-5876
brian@schallfirm.com

*Executive Committee Member*

**BERGER MONTAGUE PC**
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Co-Lead Counsel for the Gaotu Class & Executive Committee Member*

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
485 Lexington Avenue

3

New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
dberger@gelaw.com
cmoyna@gelaw.com

*Co-Lead Counsel for the Discovery Class & Executive Committee Member*

**ROSCA & SCARLATO LLC**
Alan L. Rosca (*pro hac vice*)
23250 Chagrin Boulevard, Suite 100
Beachwood, OH 44122
Telephone: (216) 570-0097
arosca@rscounsel.law

Paul Scarlato (*pro hac vice* forthcoming)
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: 216-946-7070
pscarlato@rscounsel.law

*Co-Lead Counsel for the Gaotu Class*

**KIRBY McINERNEY LLP**
Ira M. Press
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212-371-6600
ipress@kmllp.com

*Local Counsel for the Gaotu Class*